■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HAMILTON, Appellant. [54 NYS3d 874]—Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered October 15, 2013, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and upon an independent review of the

record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *People v Paige*, 54 AD2d 631 [1976]). Balkin, J.P., Chambers, Maltese and Duffy, JJ., concur.